IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**KEVIN WILLIAM ELLISON**                                                    **PLAINTIFF**

**V.**                              **2:08CV00028 JMM**

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES, DIVISION OF
CHILDREN & FAMILY SERVICES,
LINDA DISMUKE, ADOPTION SUPERVISOR,
ELAINE JACKSON, FOSTER CARE SUPERVISOR,
BRENDA KEITH, ADOPTION SPECIALIST**                    **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the Defendants.

IT IS SO ORDERED this 20th day of May 2008.

_____
James M. Moody
United States District Judge