# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**KEVIN WILLIAM ELLISON**                                                           **PLAINTIFF**

**V.**                                         **2:08CV00028 JMM**

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES, DIVISION OF
CHILDREN & FAMILY SERVICES,
LINDA DISMUKE, ADOPTION SUPERVISOR,
ELAINE JACKSON, FOSTER CARE SUPERVISOR,
BRENDA KEITH, ADOPTION SPECIALIST**                       **DEFENDANTS**

## ORDER

On May 8, 2008, an Order was entered instructing the Plaintiff that he must be familiar and comply with the Local Rules of the Court. The Clerk's office has also informed Plaintiff of the proper way to file pleadings. It has come to the Court's attention that Plaintiff continues to submit correspondence and pleadings by e-mail to the Clerk's Office e-mail address. The Clerk is directed to block Plaintiff's e-mail address from any further correspondence. If Plaintiff wishes to submit something to the Court he must do so pursuant to the Local Rules and the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 2nd day of June 2008.

_____
James M. Moody
United States District Judge